## JOHN McDONELL *versus* SMITH KNAPP

JOURNAL ENTRIES (1822–28): *Journal 3:* (1) Rule to join in error *p. 305. *Journal 4:* (2) Death suggested MS p. 94; (3) stricken from docket MS p. 185.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allowance; (2) writ of certiorari and return; (3) J. P. papers—(a) precipe for process; (b) writ of replevin; (c) bond; (d) agreement between parties; (3) letter from plaintiff to James May; (f) subpoena for Charles Poupard; (g) venire facias; (h) plea; (i) verdict; (j) notice of certiorari; (k) copy of petition and affidavit for certiorari; (l–m) subpoenas; (4) assignment of errors; (5) joinder in error.

*1822–23 Calendar,* MS p. 78.

## JOSEPH CAMPAU *versus* JAMES FULTON

JOURNAL ENTRIES (1822): *Journal 3:* (1) Motion for bail or procedendo *p. 312; (2) time for filing declaration extended *p. 355.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.

*1822–23 Calendar,* MS p. 1.